1 | Daren M. Schlecter, Esq. (SBN 259537)
**Law Office of Daren M. Schlecter, A Prof. Corp.**
2 | 1875 Century Park East, Suite 1000
Los Angeles, CA 90067
3 | Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTIAN & CATHERINE SKYTTE,<br><br>Debtors | Case No. 8:10-bk-22192-RK<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF CONFIRMATION HEARING**<br><br>Continued Confirmation Hearing:<br><br>Date: January 13, 2011<br>Time: 2:00 p.m.<br>Location: Courtroom 5-D at 411 W. 4th St., Santa Ana, CA |

/ / /

/ / /

-1-

1 | NOTICE IS HEREBY GIVEN THAT ON THE DATE, TIME AND LOCATION INDICATED
2 | ABOVE, THE COURT WILL CONSIDER CONFIRMATION OF THE DEBTOR'S CHAPTER
3 | 13 PLAN.

5 | Dated: December 12, 2010                LAW OFFICE OF DAREN M. SCHLECTER

7 |                                          By: /s/ Daren M. Schlecter
                                                DAREN M. SCHLECTER
8 |                                             Attorney for Debtors

| | |
|---|---|
| In re:<br>**Christian Skytte**<br>**Catherine Joanne Skytte**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **8:10-bk-22192** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1875 Century Park East, Suite 1000, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUANCE OF CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 12, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen, efile@ch13ac.com
Christopher M McDermott , ecfcacb@piteduncan.com
Ramesh Singh, claims@recoverycorp.com
Daren Schlecter, daren@schlecterlaw.com
UST, ustpregion16.sa.ecf@usdoj.gov
Kelly Raftery, bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **12/12/2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Robert Kwan
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 12, 2010** | **Daren M. Schlecter** | **/s/ Daren M. Schlecter** |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**9013-3.1.PROOF.SERVICE**
Best Case Bankruptcy

Alta Dena Certified Dairy
c/o IQBAL SINGH
PO Box 68021 # 163
Anaheim, CA 92817

American Express
PO Box 26312
Lehigh Valley, PA 18002

American Express
PO Box 6618
Omaha, NE 68105

Amex
P.O. Box 981537
El Paso, TX 79998

Amex
P.O. Box 981537
El Paso, TX 79998

Amex
P.O. Box 981537
El Paso, TX 79998

Amex
P.O. Box 981537
El Paso, TX 79998

Aurora Loan Services
10350 Park Meadows Drive
Lone Tree, CO 80124

Bank of America
8155 Mercury Ct
San Diego, CA 92111

Becket and Lee
PO Box 3001
Malvern, PA 19355

Beneficial California, Inc.
Karen M. Paris,
Paris & Paris, LLP
424 Pico Blvd.
Santa Monica, CA 90405

Chase
201 N. Walnut St./de1-1027
Wilmington, DE 19801

Chris A. Larson, DDS
12777 Valley View
Garden Grove, CA 92845

City National Bank
831 S. Douglas
El Segundo, CA 90245

Coastview Plumbing
3113 Platte Dr.
Costa Mesa, CA 92626

Collection Consultant of California
6100 San Fernando Road
Suite 211
Glendale, CA 91201

Conrad Credit Corp
476 W. Vermont Avenue
Escondido, CA 92025

Credit Management LP
4200 International Parkway
Carrollton, TX 75007

Cypress Grove Dental Group
11939 Valley View
Garden Grove, CA 92845

Daniel & Carrie Gaston
2226 State St.
Costa Mesa, CA 92627

Dataline Cr.
18652 Florida Street
Suite 105
Huntington Beach, CA 92648

Dr. Gary Lyon
11939 Valley View
Garden Grove, CA 92845

Dr. Phillip Dietrich
Total Health Clinic
PO Box 874
San Bruno, CA 94066

Fast Capital
101 LEUCADIA BLVD STE 200
Encinitas, CA 92024

First Financial Asset MGMT, In
P.O. Box 901
Fort Mill, SC 29716

GMAC Mortgage
3451 Waterloo
Waterloo, IA 50702

I.C. Systems, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164

Innovat Col
PO Box 3500
Tustin, CA 92781

Jeffrey D. Litzinger, MD
4281 Katella Avenue #207
Los Alamitos, CA 90720

JP Morgan Chase
300 S. Grand Avenue
4th Floor
Los Angeles, CA 90071

Law Offices of David P. Berschauer
23232 Peralta Dr.
Suite 102
Laguna Hills, CA 92653

Makenna Kali & Associates
6655 E. 22nd St.
Tucson, AZ 85710

Medicredit Corporation
1801 California Avenue
Corona, CA 92881

Michael Pappas
c\o James W. Hodges
4475 Mission Boulevard
Suite 216
San Diego, CA 92109

Montessori Greenhouse Schools, LLC
PO Box 5116
Garden Grove, CA 92846

Paul J. Weinberg
Attorney at Law
18201 Von Karman Avenue
Suite 1160
Irvine, CA 92612

Paul Reardon, M.D.
15 Corporate Plaza, #140
Newport Beach, CA 92660

Rosa & Raul Curiel
2226 State St.
Costa Mesa, CA 92627

Tom Byer Roofing
17712 Metzler Lane
Huntington Beach, CA 92647

Union Bank of California
8155 Mercury Ct.
San Diego, CA 92111

Union Bank of N.A.
8155 Mercury Ct. #M712
San Diego, CA 92111

United Resource Systems
10075 W. Colfax Avenue
Denver, CO 80215

Vericrest Financial, Inc.
715 So. Metropolitan Avenue
Oklahoma City, OK 73108