1 Daren M. Schlecter, Esq. (SBN 259537)
**Law Office of Daren M. Schlecter, A Prof. Corp.**
2 1875 Century Park East, Suite 1000
Los Angeles, CA 90067
3 Telephone (310) 553-5747
Telecopier (310) 553-5487
4
Attorneys for Debtors
5

6

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SANTA ANA DIVISION**

| | |
|---|---|
| 11 In re: | Case No. 8:10-bk-22192-RK |
| 12 CHRISTIAN & CATHERINE SKYTTE, | Chapter 13 |
| 13 Debtors | **DECLARATION OF DEBTOR CHRISTIAN SKYTTE RE: CHANGE OF EARNINGS IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN** |
| 14 | |
| 15 CHRISTIAN SKYTTE, CATHERINE SKYTTE, | |
| 16 Plaintiffs, | **CONFIRMATION HEARING:** |
| 17 | Date: January 13, 2011 |
| 18 v. | Time: 2:00 PM |
| | Court: 5D, 411 W. 4th St., Santa Ana, CA |
| 19 Vericrest Financial, Inc., et. al., | |
| 20 Defendants. | |

21

22

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28                                       -1-

1    I, Christian Skytte, declare as follows:

2    1. I am an adult, over the age of 18, and competent to testify in a court of law.

3    2. I am one of debtors in the above-referenced Chapter 13 bankruptcy proceeding.

4    3. If called, we would testify that the contents of this declaration are accurate, truthful and

5    complete.

6    4. I make this declaration in support of confirmation of the Amended Chapter 13 Plan and in

7    support of my change in earnings.

8    5. This case was commenced on August 31, 2010, when I filed our Chapter 13 petition.

9    6.  On or about November, 2010, I was terminated from my employment of five (5) years with

10    Virgin America as a pilot.

11    7.  Weeks later, I was hired by American Airlines as a pilot.  Attached and marked Exhibit "A" is

12    a true and correct copy of a letter dated December 9, 2010 from American Airlines Human

13    Resources showing that I was recalled effective December 1, 2010 and was returned to payroll

14    status at a pay rate of $109.63 an hour.

15    8.  Based on my conversations with American Airlines, I am expected to work an average of 80

16    hours each month.

17    9.  Based on my hourly rate of $109.63 and an average work load of 80 hours a month of actual

18    work time, I expect to make roughly $8,770.40 a month.  Attached and marked Exhibit "B" is an

19    estimated monthly gross projection of income created by my tax preparer, Linda Matthews.

20    10.  Based on a gross monthly income of $8,770.40, my tax preparer conservatively estimated by

21    Federal withholding, social security, medicare, state disability insurance and California

22    withholding, insurance benefits, and union dues as payroll deductions, leaving me with a net

23    income of roughly $6,562.12.

24    11. As a result of my change in income circumstances, I will have an excess of $249.00 in

25    disposable income.

26    12.  In order to satisfy the secured creditor, Aurora's claim of arrearage of $23,188.82 as filed in

27    their proof of claim, I provide a contribution declaration from my mother in law, Birthe Skytte, to

28    contribute an additional $250.00 to my Chapter 13 Plan in this matter.  Attached and marked

1    Exhibit "C" is a Contribution Declaration from Birthe Skytte in support of her ability to support

2    confirmation of the Amended Plan.

3    13. As a result of my change in earnings and the contribution, the Amended Plan calls for

4    monthly payments of $499.00 a month, which is an increase in the monthly plan payment

5    originally proposed in the Original Plan.  Moreover, the Amended Plan payment maintains a 1%

6    plan payment, which is the same as the Original Plan.

7    14. My change in earnings was unforeseen and unfortunate.  However, as the resulting change in

8    earnings detailed above shows, there will be no prejudice to creditors and the feasibility of the

9    Amended Plan has increased as the tax withholding is a conservative estimate based on Married

10    with 4 exemptions.

11    I declare under penalty of perjury of the laws of the United States that the foregoing is true and

12    correct. If called as a witness, we could competently testify thereto.

13         Executed on December 29, 2010 at Garden Grove, California.

14                               /s/ Christian Skytte

15                               Christian Skytte

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

**American Airlines**®

To Whom It May Concern:

Mr. Christian Skytte is recalled to work at American Airlines as a S80 first officer in the St. Louis base effective December 01, 2010. Mr. Skytte returned to payroll status on December 1, 2010 at a pay rate of $ 109.63 per hour. Mr. Skytte's flying schedule is flexible and he is allowed to use the current pilot contract to adjust his monthly schedule to either increase of reduce his number of flight hours per month. The outlook for future employment for Mr. Skytte appears to be good as American Airlines is in the process of recalling a minimum of 250 pilots back to work. If more information is needed regarding Mr. Skytte's employment please contact Jerry Shaw at 314-429-9439.

Sincerely,

*Jerry Shaw*

Jerry Shaw

Manager Flight Administration

St. Louis Missouri, 63145

314-429-9439

# EXHIBIT "B"

December 27, 2010


Daren M. Schlecter, Esq.
Law Office of Daren M. Schlecter, A Prof. Corp.
1875 Century Park East, Suite 1000
Los Angeles, CA  90067

Re: Christian and Catherine Skytte

Dear Mr. Schlecter:

Please find below the estimated Payroll deductions for Mr. Christian Skytte, based upon
an estimated Monthly Gross of $ 8770.40 and claiming Married with 4 exemptions.

| | |
|---|---|
| Estimated Monthly Gross | $ 8770.40 |
| Federal Withholding | 1040.43 |
| Social Security | 543.76 |
| Medicare | 127.17 |
| State Disability Insurance | 96.47 |
| California Withholding | 400.45 |
| Net Income | $ 6562.12 |

Please be advised that in addition the above tax deductions there are additional
deductions: $230 for insurance benefits and $160 for mandatory union dues.

If you should have any questions regarding the above, please feel free to contact our
office.

Sincerely,



Linda Mathews, EA




**Noll & Associates Inc.**
23232 Peralta Drive, Suite 213, Laguna Hills, California 92653 • (949) 951-8312 • FAX (949) 859-8927

# EXHIBIT "C"

## Contribution Declaration

Case Number: _8:10-bk-22192_

Name of Debtor(s): __Christian & Catherine Skytte__

I, __Birthe Skytte__ , declare as follows:

My address is:

_12780 San Leon Fountain Valley CA 92708_ , and I state to the United

States Bankruptcy Court for the Central District of California that I have sufficient

income to contribute the sum of $__400.00__ each month to the debtor(s), and

I will make this contribution each month that the debtor(s) remain(s) in bankruptcy.

I am willing to make this contribution for the following reasons:

_Son_____ (state relationship to debtor(s))

and _Ownership in rental property_____ (reason contributing).

The source of my contribution is:

_Rental Income, Investments_____

Proof of my income (e.g. paystubs) is attached.

I declare under penalty of perjury under the laws of the State of California the foregoing

is true and correct this _28_ day of _DEC_, 2010.

_____
Signature of Declarant

800-238-4486
800-826-7345 (TDD)
*Representatives are available
from 6 am to 11 pm*

*To open additional accounts,
or apply for loans, call your
banking office at 714-964-6113*

*Visit us at unionbank.com*

*Thank you for banking with us
since 1995*

CY20 M S11000 0003246-012402 1 826345

BIRTHE B SKYTTE
SKYTTE FAMILY TRUST
10780 SAN LEON AVE
FOUNTAIN VALLEY CA 92708-5342

# SIGNATURE BANKING®

- *Go green with online statements. Save paper and enjoy the convenience and security of accessing your statements online. Sign on to Online Banking today to make the switch. If you are not an Online Banking customer, simply visit unionbank.com/signuponline today to get started!*

## SUMMARY OF ACCOUNTS

Days in statement period: 32

*Below are the accounts you've designated to qualify towards the waiver of your primary checking account monthly service charge. This waiver is based on your previous statement's Average Ledger Balance for your designated combined accounts and the current Average Ledger Balance for this primary account. (Note: If any of your designated accounts is a time deposit, then the previous day's time deposit balance from the date shown on this statement will be used toward computing your Combined Balance.)*

| Deposit Accounts | Qualifying balance | Beginning balance on 10/29 | Additions | Subtractions | Ending balance on 11/29 |
|---|---|---|---|---|---|
| Tiered Interest Checking ___ _8396 | $ 11,357.54 | $ 10,439.29 | $ 8,523.82 | $ -4,259.04 | $ 14,704.07 |
| 55 PLUS Checking ___ _5046 | 0.22 | | | | |
| Regular Savings ___ _4832 | 3,350.82 | | | | |
| Total | $ 14,708.58 | $ 10,439.29 | $ 8,523.82 | $ -4,259.04 | $ 14,704.07 |

## TIERED INTEREST CHECKING SUMMARY

Account Number: ___ _8396

| | | |
|---|---|---|
| Balance on 10/29 | $ | 10,439.29 |
| Additions | | 8,523.82 |
| Subtractions | | -4,259.04 |
| Checks | -825.00 | |
| Payments | -2,467.64 | |
| Purchases | -299.48 | |
| ATM withdrawals | -564.92 | |
| Other Withdrawals | -102.00 | |
| Balance on 11/29 | $ | 14,704.07 |
| | | |
| Statement Average Ledger Balance | $ | 11,357.54 |

**Interest**
| | | |
|---|---|---|
| Paid this period | $ | 0.09 |
| Paid year-to-date | $ | 4.09 |

**Interest Rates**
| | |
|---|---|
| 10/29/10-11/29/10 | 0.01 % |
| Annual Percentage Yield Earned | 0.00 % |

We waived your service charge this statement period.



| In re:                                           | CHAPTER: **13**                          |
|--------------------------------------------------|------------------------------------------|
| **Christian Skytte**                             | CASE NUMBER: **8:10-bk-22192**           |
| **Catherine Joanne Skytte**                      |                                          |
|                                    Debtor(s).    |                                          |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1875 Century Park East, Suite 1000, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as   **DECLARATION OF DEBTOR CHRISTIAN SKYTTE RE: CHANGE OF EARNINGS IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December  29, 2010**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen, efile@ch13ac.com
Christopher M McDermott , ecfcacb@piteduncan.com
Ramesh Singh, claims@recoverycorp.com
Daren Schlecter, daren@schlecterlaw.com
UST, ustpregion16.sa.ecf@usdoj.gov
Kelly Raftery, bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **12/29/2010**   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Robert Kwan
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 29, 2010** | **Daren M. Schlecter** | **/s/ Daren M. Schlecter** |
|-----------------------|------------------------|----------------------------|
| *Date*                | *Type Name*            | *Signature*                |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>**Daren M. Schlecter**<br>**Law Office of Daren M. Schlecter**<br>**1875 Century Park East**<br>**Suite 1000**<br>**Los Angeles, CA 90067**<br>**310-553-5747 Fax: 310-553-5487**<br>**259537**<br>☐ Attorney for | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Christian Skytte**<br>**Catherine Joanne Skytte**<br><br>Debtor(s). | CASE NO.: **8:10-bk-22192**<br>CHAPTER: **13**<br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Other: _DECLARATION RE CHANGE OF EARNINGS; EXHIBITS "A" - "C"; PROOF OF SERVICE_ — Date Filed: **12/29/10**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

**/s/ Christian Skytte**                 December 29, 2010
Signature of Signing Party                 Date
**Christian Skytte**
Printed Name of Signing Party
**/s/ Catherine Joanne Skytte**           December 29, 2010
Signature of Joint Debtor                  Date
**Catherine Joanne Skytte**
Printed Name of Joint Debtor

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

**/s/ Daren M. Schlecter**               December 29, 2010
Signature of Attorney for Signing Party    Date
**Daren M. Schlecter 259537**
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy